```
1  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
2  RAYMOND R. ROLLAN (SBN 304548)
   Deputy City Attorney
3  CITY OF HAYWARD
   777 B Street, 4th Floor
4  Hayward, CA 94541-5007
   Tel: (510) 583-4458
5  Fax: (510) 583-3660

6  Attorneys for Defendant,
   City of Hayward.
```



GRANTED
Judge Yvonne Gonzalez Rogers
8/30/17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

| | |
|---|---|
| CHARLENE JIMERSON,<br><br>        Plaintiff,<br>v.<br><br>CITY OF HAYWARD, a municipal Corporation; RUSSELL SHARROCK, individually and in his official capacity as a police officer for the City of Hayward; RAYMOND EAKIN, individually and in his official capacity as a community service officer for the City of Hayward; JOHNATHAN COLTON, individually and in his official capacity as a community service officer for the City of Hayward; EUGENE JIMERSON, SR., father of the decedent<br><br>        Defendants. | Case No. 16-cv-03176 (YGR)<br><br>**STIPULATION AND [Proposed] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, stipulate that the entire action including all claims against all defendants shall be dismissed with prejudice, each party to bear its own costs and fees. The parties have fully executed the terms of a Release Agreement and dismissal should be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO AGREED.

Dated: August 25, 2017    MICHAEL LAWSON, City Attorney

By:

/s/ Raymond R. Rollan
Raymond R. Rollan, Deputy City Attorney
Attorney for Defendant


Dated: August 25, 2017    SIEGEL & YEE

By:

/s/ EmilyRose Johns
EmilyRose Johns, Attorney for Plaintiff

# ORDER

IS IT HEREBY ORDERED that Defendant City of Hayward, Officer Russell Sharrock, Community Service Officer Jonathan Colton, and Community Service Officer Raymond Eakin, and DOES 1-50 are dismissed with prejudice from this action, each party to bear its own costs and fees.

Dated: August 30, 2017

_____
HONORABLE YVONNE GONZALEZ ROGERS

Charlene Jimerson v. City of Hayward.
USDC Case No. 16-cv-03176 (YGR)

Dismissal

-3-